United States District Court
Southern District of Texas
**ENTERED**
February 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL RUDY, *et al.*, § § Plaintiffs, § § VS. § CIVIL ACTION NO. 4:23-CV-00119 § UNITED SERVICES AUTOMOBILE § ASSOCIATION, § § Defendant. § | |

## ORDER

In accordance with Plaintiff's Notice of Voluntary Non-Suit without Prejudice (Doc. #7), this case is hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ORDERED.

FEB 2 2 2023
Date

The Honorable Alfred H. Bennett
United States District Judge